1

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT FOR THE

7                    EASTERN DISTRICT OF CALIFORNIA

8

9  THOMAS DAVID HAGBERG,          )      No. CV-F-05-1278 REC/LJO HC
                                  )
10                                )      ORDER DENYING PETITIONER'S
                                  )      "SECTION 2241 PETITION TO
11              Petitioner,       )      GET CREDIT FOR TIME SERVED"
                                  )      AND DIRECTING ENTRY OF
12      vs.                       )      JUDGMENT FOR RESPONDENT
                                  )
13                                )
   UNITED STATES OF AMERICA,      )
14                                )
                                  )
15              Respondent.       )
                                  )
16  _____ )

17      On October 6, 2005, petitioner Thomas David Hagberg,

18  proceeding in pro per, filed a "2241 Petition to Get Credit for

19  Time Served".[1]

20      Petitioner contends that the Ninth Circuit "ruled that my

21  sentence was illegally enhanced" and that, when his sentence is

22  recalculated "without the illegal enhancements", the calculation

23  of his base offense level under the Sentencing Guidelines is 12-

24  _____

25      [1]This is the second petition for relief pursuant to 28 U.S.C.
    § 2241 filed by petitioner.  Petitioner filed a Section 2241
26  petition on August 19, 2005 in CV-F-05-1061 REC.  This petition was
    denied by Order filed on August 29, 2005.

1

1  18 months.  Because petitioner has served 15 months and the "fact

2  that the Bureau of Prisons requires defendants to serve 85% of

3  their sentence means that defendant has completed his sentence

4  and needs to be released."  In addition, petitioner contends that

5  he is "owed credit towards my sentence for the time under which I

6  was held no-bail by a federal detainer - this is 32 months time

7  that has not yet been credited towards my sentence."  Finally,

8  petitioner contends that he is "owed time concurrent with my

9  state sentence because of the 3 years of arbitrary and illegal

10  delays by the prosecution in bringing defendant to trial."

11      The petition for release pursuant to 28 U.S.C. § 2241 is

12  denied.  Petitioner is scheduled to appear in this court on

13  October 31, 2005 for re-sentencing pursuant to the Ninth

14  Circuit's remand.  In remanding this case, the Ninth Circuit

15  remanded the sentence enhancement issues for limited

16  reconsideration in accordance with United States v. Ameline, 409

17  F.3d 1073 (9th Cir. 2005).  Therefore, petitioner's sentence will

18  be determined at that time.

19      To the extent that petitioner contends that he is entitled

20  to credit for time served, petitioner is challenging the

21  execution of his sentence.  See United States v. Giddings, 740

22  F.2d 770 (9th Cir. 1984).  Such a challenge must be addressed to

23  the district court which has jurisdiction over petitioner or his

24  custodian.  Because petitioner is incarcerated at the federal

25  prison in Lompoc, California, he must file his Section 2241

26  petition challenging his entitlement to credit for time served in

2

1  the United States District Court for the Central District of

2  California.

3      To the extent petitioner claims that his right to a speedy

4  trial was violated in No. CR-F-00-5371 REC, petitioner cannot

5  make such a claim in this petition.  Petitioner filed a motion to

6  vacate, set aside or correct sentence in this court on March 29,

7  2004, No. CV-F-04-5502 REC, in which he claimed that his right to

8  a speedy trial was violated.  By Order filed on May 13, 2004, the

9  court denied petitioner's Section 2255 motion.  Therefore,

10 petitioner's claim has been resolved and cannot be revisited in a

11 Section 2241 motion.

12     ACCORDINGLY:

13     1.  Petitioner Thomas David Hagberg's petition for writ of

14 habeas corpus pursuant to 28 U.S.C. § 2241 is denied.

15     IT IS SO ORDERED.

16 **Dated:  October 13, 2005**          **/s/ Robert E. Coyle**
   668554                        UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

3